

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2023

**MEMO ENDORSED**

**BY ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Daiquan Henderson*, 12 Cr. 214 (ER)

Dear Judge Ramos,

    The Government writes respectfully to request an adjournment of the initial conference scheduled for Tuesday, April 25, 2023 at 2:00 p.m. in this violation of supervised release proceeding. The Government has conferred with defense counsel and Probation who join this request. The parties understand that the defendant is scheduled to appear in court on April 26, 2023 in his state case regarding the same conduct that underlies the majority of specifications alleged in the violation report. Accordingly, the parties request an adjournment in this matter from April 25, 2023 to a date during the week of May 1, 2023, such that the parties may provide an update to the Court regarding the status of the defendant's state case regarding largely the same conduct as is at issue here.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Defense Counsel (by ECF)

The initial conference is adjourned to May 3, 2023, at 10:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __4/21/2023__
New York, New York