# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

**VIA ECF**

November 1, 2023

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

RE:    **United States v. Daiquan Henderson**, 12-CR-214-09 (ER)
       **Request for Adjournment**

Dear Judge Ramos,

I represent the above-identified defendant, Daiquan Henderson. A status conference is scheduled for November 3, 2023, at 11:30 am. I am requesting an adjournment in this matter for the following reasons:

- ◊ Mr. Henderson has just recently started a new job and it would be difficult for him to miss work.
- ◊ I am trying to determine if his state case has been resolved. I am waiting for a call back from his state attorney with an update.
- ◊ I will be teaching a class at Pace Law School at that time.

Therefore, I ask Your Honor to adjourn the status conference. The Government, by way of AUSA Lisa Daniels, has consented to this request.

The status conference has been adjourned thrice, all three times with the Government's consent, because Mr. Henderson's underlying state case, People of the State of New York v. Henderson, CR-02962-23, in Yonkers City Court remains unresolved. I request that the status conference be adjourned to anytime in December that is convenient for the Court.

Respectfully submitted,

*Patrick Joyce*
Patrick Joyce
Attorney for Defendant Daiquan Henderson
patrickjoyce.esq@gmail.com

CC: Elizabeth (Lisa) Daniels, Assistant United States Attorney, via ECF

---

The status conference is adjourned to December 14, 2023, at 3:30 p.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/2/2023
New York, New York