UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

      - against -

DAIQUAN HENDERSON,

                Defendant.
----------------------------------------------------------x

**RESCHEDULING ORDER**

12 CR 214-9 (ER)

The violation conference previously scheduled for 11 a.m. on June 13, 2024, is hereby **rescheduled for 11:45 a.m. on June 13.**

Dated:  New York, New York
         June 10, 2024

_____
Edgardo Ramos, U.S.D.J.