# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-2711

June 11, 2024

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

**MEMO ENDORSED**

**Re:     United States v. Daiquan Henderson**
**12 Cr 214 (ER)**

Dear Judge Ramos:

    I am the attorney for the defendant in the above captioned case. Presently the case is scheduled for a conference on this Violation of Supervised Release, on June 13, 2024. By way of this letter I am requesting that the court adjourn the conference to a day and time convenient with court, during the first week of August.

    On June 25, 2024, he is scheduled to appear in the Yonkers City County. The underlying case for Mr. Henderson has yet to be resolved, and I expect that I would be requesting a continuance until more is understood about the resolution of Mr. Henderson's state court case.

    This is the third request for an adjournment.

    AUSA Lisa Daniels consents this request.

    If there are any questions, do not hesitate to contact me.

Respectfully submitted,

*Patrick Joyce*

Patrick J. Joyce

---

The violation status conference is adjourned to August 7, 2024, at 10:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  6/12/2024
New York, New York