# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

December 17, 2024

Honorable Edgardo Ramos
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Daiquan Henderson,** 12-cr-214-09 (ER)
Request for Adjournment

Dear Judge Ramos,

I am the attorney for the above-named defendant, Mr. Daiquan Henderson. This case is presently scheduled for a hearing on a Violation of Supervised Release for Thursday, December 19th, 2024. The Government and I have been engaged in ongoing discussions to reach a resolution; however, additional time is needed to finalize these efforts. In the event that we are unable to reach a resolution, we will proceed with selecting a hearing date at the next scheduled court appearance. Therefore, I am requesting that the Court adjourn this case to the morning of January 6th or 15th, or at any time convenient with the Court on January 7th, 13th, or 16th, 2025. I spoke with AUSA Elizabeth Daniels and she consents to my request. This is the third request for adjournment.

If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

---

The VOSR conference is adjourned to January 7, 2025, at 11:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/17/2024
New York, New York